# EXHIBIT 16

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:    Agency(ies) Charge No(s):

_X_  FEPA
_X_  EEOC

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) Savannah Kinzer | Home Phone (Incl. Area Code) 2064659628 | Date of Birth 09/17/1996 |
|---|---|---|

Street Address — City, State and ZIP Code
c/o Shannon Liss-Riordan, Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name Whole Foods Market, Inc. | No. Employees, Members More than 10,000 | Phone No. (Include Area Code) 1-512-477-4455 |
|---|---|---|

Street Address — City, State and ZIP Code
550 Bowie St., Austin, TX 78703

| Name Whole Foods Market | No. Employees, Members ~250 | Phone No. (Include Area Code) 6178766990 |
|---|---|---|

Street Address — City, State and ZIP Code
340 River St, Cambridge, MA 02139

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

_X_  RACE    _X_  COLOR    __ SEX    __ RELIGION    __ NATIONAL ORIGIN

_X_  RETALIATION    __ AGE    __ DISABILITY    ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
June 2020       July 2020

_X_  CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Due to the onset of the global coronavirus pandemic, grocery workers (like many other workers around the country) are required to wear masks to work.  Following the death of George Floyd and demonstrations this spring around the country protesting police violence and other discrimination against Blacks, more people have been showing their support for the Black Lives Matter movement.  Around June 2020, many Black Whole Foods employees and non-Black coworkers began wearing masks with the message Black Lives Matter.  In response, Whole Foods began disciplining us for wearing these masks.  Although Whole Foods had not previously strictly enforced its dress code policy (and had not disciplined employees for wearing other messages, including political messages), the company began sending home employees without pay for wearing Black Lives Matters masks.  Whole Foods has given employees a discipline "point" each time we are sent home for wearing the mask.  These points put us at risk of possible termination.  Under Whole Foods' progressive discipline policy, employees who accumulate a certain number of points first receive a warning, followed by a written warning, then a final warning, and then termination.  Like many other Whole Foods employees, I have been sent home without pay and given "points" for wearing a Black Lives Matter mask a number of times.  I am at risk for being terminated if I continue to wear the Black Lives Matter mask and receive more discipline "points".

I and other Whole Foods employees oppose the company's policy of not allowing us to wear Black Lives Matter masks at work.  We have also opposed the company's policy of disciplining employees in response to protesting the policy.  We believe Whole Foods' policy of not allowing employees to wear Black Lives Matter masks at work, and disciplining employees who wear the mask, discriminates against Blacks, including our Black coworkers, and discriminates against employees for associating with and showing support for Black coworkers and the Black Lives Matter movement.  The policy is also retaliatory against employees who have protested this discrimination (and

retaliation) by Whole Foods.

I bring this Charge on behalf of myself and other employees challenging Whole Foods' discriminatory policy of not allowing us to wear Black Lives Matter masks to work. I also challenge the discipline imposed on employees, including myself and others, for wearing Black Lives Matter masks to work and for discrimination and discipline against employees for opposing Whole Foods' discriminatory and retaliatory policies.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>07/13/2020    *Savannah Kinzer*<br>    Date             *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |