# EXHIBIT 18



AdChoices ▷ AdChoices

◉ **CBS** Boston

# Customers, Employees Boycott Cambridge Whole Foods Over BLM Mask Ban

Syndicated Local – CBS Boston  7/12/2020

f  🐦  🟢  ✉

CAMBRIDGE (CBS) – Customers and employees could be seen boycotting side by side outside of the Cambridge Whole Foods. "We've been told to take our mask off or leave without pay," said Whole Foods employee Savannah Kinver.

This is Day 18 of some employees walking off the job after being reprimanded for wearing their Black Lives Matter face masks.

Yaxeny Colon said she was told to go home early by management.

‹

> "A lot of us are on our final warning."
>
> Cambridge Whole Foods employees walk off the job after being told they can't wear BLM face masks. They're asking shoppers to boycott WF/Amazon, hoping that hurting their $$$ will lead to change. #WBZ  pic.twitter.com/ayIcmbZjHZ
>
> — Tiffany Chan (@TiffanyChanWBZ) July 11, 2020

›

"I think they should let us support any movement that supports human rights and equal rights," said Colon.

Even the most loyal of shoppers told WBZ-TV they're changing their minds about the company – standing in solidarity with employees.

"I feel completely uncomfortable giving them any of my dollars, so we've stopped shopping here," said Cambridge resident Vivha Pingle.

*"In order to operate in a customer-focused environment, all Team Members must comply with our longstanding company dress code, which prohibits clothing with visible slogans, messages, logos or advertising that are not company-related. Team Members with face masks that do not comply with dress code are always offered new face masks. Team Members are unable to work until they comply with dress code."*

But one employee disagrees.

Savannah Kinver said, "We wear gay pride pins. We wear Red Sox masks. We wear Bruins masks… we're encouraged to!"

"I can't understand why they're not changing this policy because it's so small," added Pingle.

Even though some employees are on the verge of being fired, they told WBZ-TV they'll keep walking out and speaking out until changes are made.

---

**TOPICS FOR YOU**



Here's how to start saving for the unexpected

Ad    Wells Fargo



Guests That Infuriated David Letterman

Ad    Trend Chaser