# EXHIBIT 21

7/20/2020                Whole Foods employee told not to wear controversial Black Lives Matter face mask or go home, lawsuit claims - SFGate

Case 1:20-cv-11358-LTS   Document 3-21   Filed 07/20/20   Page 2 of 6

**FULL CORONAVIRUS COVERAGE**



**Virus is crushing United States**

**Market in Oakland to close after worker tests positive**

**LA mayor warns of new shelter-in-place order**

**As Trump ignores virus, Republicans start to contradict him**

**Trump makes false virus claims in combative Fox News interview**

**With no confirmed cases, Yosemite finds startling COVID evidence**

**SFGATE**
https://www.sfgate.com/news/article/W

# Whole Foods emplo
'controversial' Blac
scheduled

By **Fernando Martinez**, SFGATE   Pub

Up Next - Inside Biden's $2 Trillion Climate Plan



Ad : (0:05)

Auto insurance from Progressive Casualty Ins. Co. & affiliates. Home and renters insurance,
not available in all states, provided and serviced by affiliated and third-party insurers.

Whole Foods employee told not to wear mask with 'Black Lives Matter' message, prompting Berkeley protest - SFGate



FILE - A pedestrian wears a mask while walking past a sign for a Whole Foods Market in San Francisco, Tuesday, March 31, 2020. A protest is being staged at a Berkeley Whold Foods location Friday, after an employee said that managers would not allow her to wear a mask that read "Black Lives Matter" on it.

---

A protest is scheduled to take place Friday outside a Whole Foods store in Berkeley, following a longtime employee's claim of being told by a co-worker that she could not wear a face mask that had "Black Lives Matter" inscribed on it while working.

"I work in Berkeley, CA at Whole Foods Market on Gilman St. and I'll probably lose my job over this," wrote Jordan Baker in **a social media post Wednesday**, "but I honestly don't want to work for a company who only 'supports' a movement when it makes them look good, or makes them money."

Baker goes on to describe the encounter, saying that within five minutes of walking into the store, she was called into her workplace's office on July 14 about her mask. In her post, she said she was told by management that she could not wear her Black Lives Matter mask because it was "controversial." She also says that someone in this conversation told her the company wants to remain "neutral."

**RELATED: BLM movement comes to quiet corner of Berkeley Hills**

Baker says the conversation ended when she was told she had to change her mask in order to stay and work. She did not. So, she left for the day.

"In order to operate in a customer-focused environment, all Team Members must comply with our longstanding company dress code, which prohibits clothing with visible slogans, messages, logos or advertising that are not company-related," reads a statement given to SFGATE by a Whole Foods Market spokesperson. "Team Members with face masks that do not comply with dress code are always offered new face masks. Team Members are unable to work until they comply with the dress code."

The protest is planned to take place Friday from 3 to 5 p.m. at the Whole Foods Market at 1025 Gilman St. in Berkeley, according to **another social media post** shared by Baker. It is unclear whether she is still employed by Whole Foods as of Friday.

SFGATE reached out to Baker for comment but did not hear back at the time of publication.

*Fernando Martinez is an editorial assistant for SFGATE. Email: fernando.martinez@sfgate.com | Twitter: @fernan_dough*

© 2020 Hearst Communications, Inc.

H E A R S T