## UNITED STATES DISTRICT COURT
## OF MASSACHUSETTS

| | |
|---|---|
| SUVERINO FRITH, SAVANNAH KINZER, CEDRICK JUAREZ, FAITH WALSH, MACKENZIE SHANAHAN, COREY SAMUEL, JENNIFER OSAYANDE, BRITNEY IFEBOHR, KANAYA RYLAND, KIRBY BURT, LEAVER MICHEL, ABDULAI BARRY, LINDSAY VUONG, SAMANTHA BERIMBAU, SUEPRIYA ADHI, ALICE TISME, CAMILLE TUCKER-TOLBERT, CHARLES THOMPSON, ANA BELÉN DEL RIO-RAMIREZ, LYLAH STYLES, KAYLA GREENE, SHARIE ROBINSON, KELLY RIGLER, JUSTINE O'NEILL, SARITA WILSON, and YURIN LONDON, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

WHOLE FOODS MARKET, INC. and AMAZON.COM, INC.,

      Defendants. | CIVIL ACTION NO. 1:20-cv-11358-ADB |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, Defendant Whole Foods Market, Inc. ("Whole Foods"), by and through its undersigned counsel, hereby moves to dismiss in its entirety the Amended Complaint of Plaintiffs Suverino Frith, Savannah Kinzer, Cedrick Juarez, Faith Walsh, Mackenzie Shanahan, Corey Samuel, Jennifer Osayande, Britney Ifebohr, Kanaya Ryland, Kirby Burt, Leaver Michel, Abdulai Barry, Lindsay Vuong, Samantha Berimbau, Suepriya Adhi, Alice Tisme, Camille Tucker-Tolbert, Charles Thompson, Ana Belén Del Rio-Ramirez, Lylah Styles, Kayla Greene, Sharie Robinson, Kelly Rigler, Justine O'Neill, Sarita Wilson, Yurin London, and Haley Evans (collectively, "Plaintiffs"). Specifically, Plaintiffs

failed to exhaust their administrative remedies before the U.S. Equal Opportunity Commission and, therefore, they cannot pursuit their claims under Title VII of the Civil Rights Act of 1964 ("Title VII") before this Court.  Further, the Amended Complaint fails to state a viable claim for race discrimination (Count I) or retaliation (Count II) under Title VII.

Accordingly, for the foregoing reasons and those set forth in the accompanying Memorandum of Law, Whole Foods respectfully requests that the Court enter an Order dismissing the Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Whole Foods respectfully requests oral argument on this Motion.

Dated: August 14, 2020      WHOLE FOODS MARKET, INC.
                            By counsel,

                            /s/ *Sarah J. Butson*

                            Sarah J. Butson, BBO# 703265
                            sarah.butson@morganlewis.com
                            **MORGAN, LEWIS & BOCKIUS LLP**
                            One Federal Street
                            Boston, Massachusetts 02119
                            Telephone: (617) 341-7277
                            Facsimile: (617) 341-7701

                            Anne Marie Estevez (*pro hac vice*)
                            annemarie.estevez@morganlewis.com
                            **MORGAN, LEWIS & BOCKIUS LLP**
                            200 South Biscayne Boulevard, Suite 5300
                            Miami, Florida 33131
                            Telephone: (305) 415-3000
                            Facsimile: (305) 415-3001

                            Michael L. Banks (*pro hac vice*)
                            Julia S. Sturniolo (*pro hac vice*)
                            michael.banks@morganlewis.com
                            julia.sturniolo@morganlewis.com
                            **MORGAN, LEWIS & BOCKIUS LLP**
                            1701 Market Street
                            Philadelphia, Pennsylvania 19103
                            Telephone: (215) 963-5000
                            Facsimile: (215) 963-5001

                            Terry D. Johnson (*pro hac vice*)
                            terry.johnson@morganlewis.com
                            **MORGAN, LEWIS & BOCKIUS LLP**
                            502 Carnegie Center
                            Princeton, New Jersey
                            Telephone: (609) 919-6600
                            Facsimile: (609) 919-6701

                            *Attorneys for Defendant Whole Foods Market, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for Whole Foods hereby certifies that they conferred with counsel for Plaintiffs

and have attempted in good faith to resolve or narrow the issues raised in this Motion.

/s/ *Sarah J. Butson*
Sarah J. Butson

## **CERTIFICATE OF SERVICE**

I, Sarah J. Butson, hereby certify that on the August 14, 2020, a true and correct copy of

the foregoing Motion to Dismiss Plaintiffs' Amended Complaint was served via the Court's ECF

filing system on the following:

Shannon Liss-Riordan
Anastasia Doherty
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116

*Attorneys for Plaintiffs*

/s/ *Sarah J. Butson*
Sarah J. Butson
