| | |
|---|---|
| SUVERINO FRITH, SAVANNAH KINZER, CEDRICK JUAREZ, FAITH WALSH, MACKENZIE SHANAHAN, COREY SAMUEL, JENNIFER OSAYANDE, BRITNEY IFEBOHR, KANAYA RYLAND, KIRBY BURT, LEAVER MICHEL, ABDULAI BARRY, LINDSAY VUONG, SAMANTHA BERIMBAU, SUEPRIYA ADHI, ALICE TISME, CAMILLE TUCKER-TOLBERT, CHARLES THOMPSON, ANA BELÉN DEL RIO-RAMIREZ, LYLAH STYLES, KAYLA GREENE, SHARIE ROBINSON, KELLY RIGLER, JUSTINE O'NEILL, SARITA WILSON, and YURIN LONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC. and AMAZON.COM, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-11358-ADB<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT AMAZON.COM, INC.'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, Defendant Amazon.com, Inc. ("Amazon"), by and through its undersigned counsel, hereby moves to dismiss in its entirety the Amended Complaint of Plaintiffs Suverino Frith, Savannah Kinzer, Cedrick Juarez, Faith Walsh, Mackenzie Shanahan, Corey Samuel, Jennifer Osayande, Britney Ifebohr, Kanaya Ryland, Kirby Burt, Leaver Michel, Abdulai Barry, Lindsay Vuong, Samantha Berimbau, Suepriya Adhi, Alice Tisme, Camille Tucker-Tolbert, Charles Thompson, Ana Belén Del Rio-Ramirez, Cassidy Visco, Lylah Styles, Kayla Greene, Sharie Robinson, Kelly Rigler, Justine O'Neill, Sarita Wilson, Yurin London, and Haley Evans (collectively, "Plaintiffs"). Specifically,

Plaintiffs failed to exhaust their administrative remedies before the U.S. Equal Opportunity Commission and, therefore, they cannot pursue their claims under Title VII of the Civil Rights Act of 1964 ("Title VII") before this Court. Further, the Amended Complaint fails to state a viable claim for race discrimination (Count I) or retaliation (Count II) under Title VII.

Accordingly, for the foregoing reasons and those set forth in the accompanying Memorandum of Law, Amazon respectfully requests that the Court enter an Order dismissing the Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

## **REQUEST FOR ORAL ARGUMENT**

Amazon believes that oral argument will assist the Court and it wishes to be heard. Pursuant to Local Rule 7.1(d), Amazon therefore respectfully requests oral argument on this Motion.

Dated: September 9, 2020

AMAZON.COM, INC.
By counsel,

/s/ *Julie V. Silva Palmer*
Julie V. Silva Palmer BBO# 676788
julie.palmer@morganlewis.com
Sarah J. Butson, BBO# 703265
sarah.butson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, Massachusetts 02119
Telephone: (617) 341-7277
Facsimile: (617) 341-7701

Anne Marie Estevez (*pro hac vice*)
annemarie.estevez@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

Michael L. Banks (*pro hac vice*)
Julia S. Sturniolo (*pro hac vice*)
michael.banks@morganlewis.com
julia.sturniolo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Terry D. Johnson (*pro hac vice*)
terry.johnson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, New Jersey
Telephone: (609) 919-6600
Facsimile: (609) 919-6701

*Attorneys for Defendant Amazon.com, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Amazon hereby certifies that they conferred with counsel for Plaintiffs and have attempted in good faith to resolve or narrow the issues raised in this Motion.

*/s/ Julie V. Silva Palmer*
Julie V. Silva Palmer

## CERTIFICATE OF SERVICE

I, Julie Silva Palmer, hereby certify that on the September 9, 2020, the foregoing document was served via the Court's ECF filing system upon all counsel of record.

*/s/ Julie V. Silva Palmer*
Julie V. Silva Palmer
