# EXHIBIT B

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| _X_ FEPA | |
| _X_ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) Haley Evans | Home Phone (Incl. Area Code) ███████ | Date of Birth 07/24/2020 |
|---|---|---|

| Street Address ███████ | City, State and ZIP Code Sicklerville, New Jersey, 08081 | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name Whole Foods Market, Inc. | No. Employees, Members More than 10,000 | Phone No. (Include Area Code) 1-512-477-4455 |
|---|---|---|
| Street Address 550 Bowie St., | City, State and ZIP Code Austin, TX 78703 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

_X_ RACE  _X_ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN

_X_ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: June 2020  Latest: July 2020

_X_ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I work at the Whole Foods located at Marlton, New Jersey _____.
Due to the onset of the global coronavirus pandemic, grocery workers (like many other workers around the country) are required to wear masks to work. Following the death of George Floyd and demonstrations this spring around the country protesting police violence and other discrimination against Blacks, more people have been showing their support for the Black Lives Matter movement. Around June 2020, many Black Whole Foods employees and non-Black coworkers began wearing masks with the message Black Lives Matter. Although Whole Foods had not previously strictly enforced its dress code policy (and had not disciplined employees for wearing other messages, including political messages), the company began ordering employees to remove their Black Lives Matter masks and sending home employees without pay for wearing the masks. To protest this discriminatory policy, additional Whole Foods employees organized to wear Black Lives Matter masks at work. In response, Whole Foods began disciplining us for wearing these masks. The company has sent employees home without pay for wearing Black Lives Matter masks, has disciplined us for wearing a Black Lives Matter mask, and has even terminated employees.

I and other Whole Foods employees oppose the company's policy of not allowing us to wear Black Lives Matter masks at work. We have also opposed the company's policy of disciplining and terminating employees in response to protesting the policy. We believe Whole Foods' policy of not allowing employees to wear Black Lives Matter masks at work, and of disciplining and terminating employees who wear the mask, discriminates against Blacks, including our Black coworkers, and discriminates against employees for associating with and showing support for Black coworkers and the Black Lives Matter movement. The policy is also retaliatory against employees who have protested this discrimination (and retaliation) by Whole Foods. I bring this Charge on behalf of myself and other employees challenging Whole Foods' discriminatory policy of not allowing us to wear Black Lives Matter masks to work. I also challenge the discipline imposed on employees, including myself

and others, for wearing Black Lives Matter masks to work and for discrimination and discipline against employees for opposing Whole Foods' discriminatory and retaliatory policies.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>07/24/2020     *Haley Evans*<br>   Date           *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |