# EXHIBIT C

# Shannon Liss-Riordan

**From:** RICHARD THOMAS <RICHARD.THOMAS@EEOC.GOV>
**Sent:** Thursday, September 10, 2020 11:19 AM
**To:** Shannon Liss-Riordan
**Subject:** RE: Whole Foods

Hi Shannon: My information indicates they went out on 8/31. I would suggest giving them until the end of the week; if you don't see them by then, let me know and I'll check into this further. Regards, Richard

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Wednesday, September 09, 2020 12:50 PM
**To:** RICHARD THOMAS <RICHARD.THOMAS@EEOC.GOV>
**Subject:** RE: Whole Foods

We received the right-to-sue in the New Jersey case (Haley Evans). We were told that they were being issued for the Boston cases but haven't received the letters yet.

**From:** RICHARD THOMAS <RICHARD.THOMAS@EEOC.GOV>
**Sent:** Wednesday, September 9, 2020 3:19 PM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Subject:** Whole Foods

Thank you for the information you sent earlier today, Shannon. Back on the issue of Whole Foods, did you say you received the Right-to-Sue in one of the Boston cases? If so, could you let me know which one (last name of Charging Party) and the ones you're still waiting for? Regards, Richard

*Richard Thomas*
Lead Equal Opportunity Investigator
EEOC--Seattle Field Office
909 First Ave., Suite 400
Seattle, WA 98104
(206) 220-6863



**Register Now for EEOC Training!**

Regional Seminar:
**Meeting the Moment** – September 22, 2020

Workshops:
**Pacific Northwest Annual EEO Training** – October 6, 2020
**Virtual EEO Investigation** – October 27, 2020

**COVID-19 NOTICE:** **In response to the ongoing coronavirus pandemic, EEOC has implemented 100% telework for its staff. EEOC may not be able to receive U.S. Postal Service mailed documents or other deliveries to its offices for immediate processing. Due to the current public health situation, all communications must be conducted either electronically or by telephone.**

This communication is official government business and is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential, and, or exempt from disclosure. Any dissemination, distribution or copying of this communication by anyone other than the intended recipient, or the person responsible for its delivery, is strictly prohibited. If you have received this communication in error, please call this office immediately and either destroy the communication or return it to the above address.