# EXHIBIT D

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | _X_ FEPA <br> _X_ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) <br> Mr. Suverino Frith | Home Phone (Incl. Area Code) <br> ▓▓▓▓▓▓▓▓▓ | Date of Birth <br> 02/04/1999 |
|---|---|---|
| Street Address <br> c/o Shannon Liss-Riordan, Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name <br> Whole Foods Market, Inc. | No. Employees, Members <br> More than 10,000 | Phone No. (Include Area Code) <br> 1-512-477-4455 |
|---|---|---|
| Street Address <br> 550 Bowie St., Austin, TX 78703 | City, State and ZIP Code | |
| Name <br> Suverino Frith | No. Employees, Members <br> 1 | Phone No. (Include Area Code) <br> 7034316521 |
| Street Address <br> 8 Scannell Road, Randolph, MA 02368 | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| _X_ RACE  _X_ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN <br> _X_ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest: June 2020   Latest: July 2020 <br> _X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Due to the onset of the global coronavirus pandemic, grocery workers (like many other workers around the country) are required to wear masks to work. Following the death of George Floyd and demonstrations this spring around the country protesting police violence and other discrimination against Blacks, more people have been showing their support for the Black Lives Matter movement. Around June 2020, many Black Whole Foods employees and non-Black coworkers began wearing masks with the message Black Lives Matter. In response, Whole Foods began disciplining us for wearing these masks. Although Whole Foods had not previously strictly enforced its dress code policy (and had not disciplined employees for wearing other messages, including political messages), the company began sending home employees without pay for wearing Black Lives Matters masks. Whole Foods has given employees a discipline "point" each time we are sent home for wearing the mask. These points put us at risk of possible termination. Under Whole Foods' progressive discipline policy, employees who accumulate a certain number of points first receive a warning, followed by a written warning, then a final warning, and then termination. Like many other Whole Foods employees, I have been sent home without pay and given "points" for wearing a Black Lives Matter mask a number of times. I am at risk for being terminated if I continue to wear the Black Lives Matter mask and receive more discipline "points".

I and other Whole Foods employees oppose the company's policy of not allowing us to wear Black Lives Matter masks at work. We have also opposed the company's policy of disciplining employees in response to protesting the policy. We believe Whole Foods' policy of not allowing employees to wear Black Lives Matter masks at work, and disciplining employees who wear the mask, discriminates against Blacks, including our Black coworkers, and discriminates against employees for associating with and showing support for Black coworkers and the Black Lives Matter movement. The policy is also retaliatory against employees who have protested this discrimination (and

retaliation) by Whole Foods.

I bring this Charge on behalf of myself and other employees challenging Whole Foods' discriminatory policy of not allowing us to wear Black Lives Matter masks to work. I also challenge the discipline imposed on employees, including myself and others, for wearing Black Lives Matter masks to work and for discrimination and discipline against employees for opposing Whole Foods' discriminatory and retaliatory policies.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>07/13/2020    *Suverino Frith*<br>*Date*     SignNow e-signature ID: 6b47ea50732<br>            *Charging Party Signature*<br>            07/13/2020 20:30:23 UTC | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:     Agency(ies) Charge No(s):

_X_ FEPA
_X_ EEOC

_____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) Savannah Kinzer | Home Phone (Incl. Area Code) | Date of Birth 09/17/1996 |

Street Address     City, State and ZIP Code
c/o Shannon Liss-Riordan, Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name Whole Foods Market, Inc. | No. Employees, Members More than 10,000 | Phone No. (Include Area Code) 1-512-477-4455 |

Street Address     City, State and ZIP Code
550 Bowie St., Austin, TX 78703

| Name Whole Foods Market | No. Employees, Members ~250 | Phone No. (Include Area Code) 6178766990 |

Street Address     City, State and ZIP Code
340 River St, Cambridge, MA 02139

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

_X_ RACE   _X_ COLOR   __ SEX   __ RELIGION   __ NATIONAL ORIGIN

_X_ RETALIATION   __ AGE   __ DISABILITY   ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest     Latest
June 2020     July 2020

_X_ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Due to the onset of the global coronavirus pandemic, grocery workers (like many other workers around the country) are required to wear masks to work. Following the death of George Floyd and demonstrations this spring around the country protesting police violence and other discrimination against Blacks, more people have been showing their support for the Black Lives Matter movement. Around June 2020, many Black Whole Foods employees and non-Black coworkers began wearing masks with the message Black Lives Matter. In response, Whole Foods began disciplining us for wearing these masks. Although Whole Foods had not previously strictly enforced its dress code policy (and had not disciplined employees for wearing other messages, including political messages), the company began sending home employees without pay for wearing Black Lives Matters masks. Whole Foods has given employees a discipline "point" each time we are sent home for wearing the mask. These points put us at risk of possible termination. Under Whole Foods' progressive discipline policy, employees who accumulate a certain number of points first receive a warning, followed by a written warning, then a final warning, and then termination. Like many other Whole Foods employees, I have been sent home without pay and given "points" for wearing a Black Lives Matter mask a number of times. I am at risk for being terminated if I continue to wear the Black Lives Matter mask and receive more discipline "points".

I and other Whole Foods employees oppose the company's policy of not allowing us to wear Black Lives Matter masks at work. We have also opposed the company's policy of disciplining employees in response to protesting the policy. We believe Whole Foods' policy of not allowing employees to wear Black Lives Matter masks at work, and disciplining employees who wear the mask, discriminates against Blacks, including our Black coworkers, and discriminates against employees for associating with and showing support for Black coworkers and the Black Lives Matter movement. The policy is also retaliatory against employees who have protested this discrimination (and

retaliation) by Whole Foods.

I bring this Charge on behalf of myself and other employees challenging Whole Foods' discriminatory policy of not allowing us to wear Black Lives Matter masks to work.  I also challenge the discipline imposed on employees, including myself and others, for wearing Black Lives Matter masks to work and for discrimination and discipline against employees for opposing Whole Foods' discriminatory and retaliatory policies.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>07/13/2020    *Savannah Kinzer*<br>_Date_    SignNow e-signature ID: 4d7236ba9f<br>    07/13/2020 19:41:82 UTC<br>    *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:   Agency(ies) Charge No(s):
_X_ FEPA
_X_ EEOC

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Abdulai Barry | ▇▇▇▇▇▇ | 07/24/1999 |

| Street Address | City, State and ZIP Code |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇ | Cambridge, Massachusetts, 02139 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Whole Foods Market, Inc. | More than 10,000 | 1-512-477-4455 |

| Street Address | City, State and ZIP Code |
|---|---|
| 550 Bowie St., Austin, TX 78703 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

_X_ RACE  _X_ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN

_X_ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest       Latest
June 2020     July 2020

_X_ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I work at the Whole Foods located at Fresh Pond, 200 Alewife Brk Parkway. Due to the onset of the global coronavirus pandemic, grocery workers (like many other workers around the country) are required to wear masks to work. Following the death of George Floyd and demonstrations this spring around the country protesting police violence and other discrimination against Blacks, more people have been showing their support for the Black Lives Matter movement. Around June 2020, many Black Whole Foods employees and non-Black coworkers began wearing masks with the message Black Lives Matter. Although Whole Foods had not previously strictly enforced its dress code policy (and had not disciplined employees for wearing other messages, including political messages), the company began ordering employees to remove their Black Lives Matter masks and sending home employees without pay for wearing the masks. To protest this discriminatory policy, additional Whole Foods employees organized to wear Black Lives Matter masks at work. In response, Whole Foods began disciplining us for wearing these masks. The company has sent employees home without pay for wearing Black Lives Matter masks, has disciplined us for wearing a Black Lives Matter mask, and has even terminated employees.

I and other Whole Foods employees oppose the company's policy of not allowing us to wear Black Lives Matter masks at work. We have also opposed the company's policy of disciplining and terminating employees in response to protesting the policy. We believe Whole Foods' policy of not allowing employees to wear Black Lives Matter masks at work, and of disciplining and terminating employees who wear the mask, discriminates against Blacks, including our Black coworkers, and discriminates against employees for associating with and showing support for Black coworkers and the Black Lives Matter movement. The policy is also retaliatory against employees who have protested this discrimination (and retaliation) by Whole Foods. I bring this Charge on behalf of myself and other employees challenging Whole Foods' discriminatory policy of not allowing us to wear Black Lives Matter masks to work. I also challenge the discipline imposed on employees, including myself

and others, for wearing Black Lives Matter masks to work and for discrimination and discipline against employees for opposing Whole Foods' discriminatory and retaliatory policies.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>07/30/2020     *Abdulai Barry*<br>Date        *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |