UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUVERINO FRITH, SAVANNAH KINZER, CEDRICK JUAREZ, FAITH WALSH, MACKENZIE SHANAHAN, COREY SAMUEL, JENNIFER OSAYANDE, BRITNEY IFEBOHR, KANAYA RYLAND, KIRBY BURT, LEAVER MICHEL, ABDULAI BARRY, LINDSAY VUONG, SAMANTHA BERIMBAU, SUEPRIYA ADHI, ALICE TISME, CAMILLE TUCKER-TOLBERT, CHARLES THOMPSON, ANA BELÉN DEL RIO-RAMIREZ, LYLAH STYLES, KAYLA GREENE, SHARIE ROBINSON, KELLY RIGLER, JUSTINE O'NEILL, SARITA WILSON, and YURIN LONDON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHOLE FOODS MARKET, INC. and AMAZON.COM, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-11358-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Sarah J. Butson, an attorney of record for Defendants in the above-captioned matter, and pursuant to Local Rule 83.5.2(c), hereby provide notice of my withdrawal of appearance. Defendants will be represented Julie V. Silva Palmer and Michael L. Banks, Anne Marie Estevez, Terry D. Johnson, and Julia S. Sturniolo, who are admitted *pro bono*, of the law firm Morgan, Lewis & Bockius, LLP.

Dated: September 18, 2020

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Sarah J. Butson*
Sarah J. Butson, BBO # 703265
sarah.butson@morganlewis.com
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
Facsimile: (617) 341-7701

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Sarah J. Butson, hereby certify that on September 18, 2020, the foregoing document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Sarah J. Butson*
Sarah J. Butson