UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Suverino Frith et al

       Plaintiff

                                                    CIVIL ACTION NO.:
-v.                                           20-11358-ADB

Whole Foods Market, Inc.

       Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>JUDGMENT</u>**
March 1, 2021

Burroughs, D.J.

In accordance with the Memorandum and Order entered on <u>February 5, 2021</u>, GRANTING in part Defendants' Motion to Dismiss.

Judgement is entered in favor of Defendants on all claims except Plaintiff Savannah Kinzer's claim for retaliation against Defendant Whole Foods.  All other claims are hereby DISMISSED.

      SO ORDERED.

                                  <u>/s/ Allison D. Burroughs</u>
                                  ALLISON D. BURROUGHS
                                  United States District Judge