UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANNAH KINZER, HALEY EVANS, and CHRISTOPHER MICHNO,<br><br>Plaintiffs,<br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-11358-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Julia S. Sturniolo, an attorney of record for Defendant Whole Foods Market, Inc. ("Defendant") in the above-captioned matter, hereby withdraw my appearance on behalf of Defendant pursuant to Local Rule 83.5.2(c)(1). Defendant will continue to be represented by counsel of record from Morgan, Lewis & Bockius, LLP.

Dated:  June 1, 2021          /s/ *Julia S. Sturniolo*
                              Julia S. Sturniolo (*pro hac vice*)
                              julia.sturniolo@morganlewis.com
                              **MORGAN, LEWIS & BOCKIUS LLP**
                              1701 Market Street
                              Philadelphia, Pennsylvania 19103
                              Telephone: (215) 963-5000
                              Facsimile: (215) 963-5001

2

**CERTIFICATE OF SERVICE**

I, Julia S. Sturniolo, hereby certify that, on the June 1, 2021, a true and correct copy of the foregoing was served on all counsel of record via ECF:

　　　　　　　　　　　　　　　　　　　*/s/ Julia S. Sturniolo*
　　　　　　　　　　　　　　　　　　　Julia S. Sturniolo