**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SAVANNAH KINZER, HALEY EVANS, and CHRISTOPHER MICHNO,

Plaintiffs,

v.

WHOLE FOODS MARKET, INC.,

Defendant.

CIVIL ACTION NO. 1:20-cv-11358-ADB

**JOINT MOTION FOR PROTECTIVE ORDER**

The parties, by counsel, respectfully request that a protective order, in the form accompanying this motion, enter to facilitate discovery. Each party believes that it may be required to disclose in this matter proprietary and confidential information relating to the subject matter of this litigation. Third parties may be subpoenaed to disclose proprietary or confidential information. The parties desire to protect information that they or third parties believe in good faith may constitute confidential and proprietary information. They have agreed that the procedures in the accompanying stipulation shall govern the production and use of all documents, testimony, and all other such information in this matter. They request that the court enter this stipulation as an order.

Respectfully Submitted,

SAVANNAH KINZER, HALEY EVANS, and CHRISTOPHER MICHNO

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, BBO #640716
sliss@llrlaw.com
Anastasia Doherty, BBO #705288
adoherty@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800

DEFENDANTS WHOLE FOODS MARKET, INC. and AMAZON.COM, INC.

By their attorneys,

/s/ *Julie V. Silva Palmer*
Julie V. Silva Palmer, BBO# 676788
julie.palmer@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02119
Telephone: (617) 341-7277
Facsimile: (617) 341-7701

Anne Marie Estevez (*pro hac vice*)
annemarie.estevez@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

Michael L. Banks (*pro hac vice*)
Julia S. Sturniolo (*pro hac vice*)
michael.banks@morganlewis.com
julia.sturniolo@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Terry D. Johnson (*pro hac vice*)
terry.johnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey
Telephone: (609) 919-6600
Facsimile: (609) 919-6701

Dated: July 29, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 29, 2021.

*/s/ Julie Silva Palmer*
Julie Silva Palmer