UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANNAH KINZER, HALEY EVANS, and CHRISTOPHER MICHNO,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.,<br><br>　　　　　　　　　　　Defendant. | CIVIL ACTION NO. 1:20-cv-11358-ADB |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiffs Savanah Kinzer, Haley Evans, and Christopher Michno (collectively, "Plaintiffs") jointly with Defendant Whole Foods Market, Inc. ("Whole Foods") (collectively with Plaintiffs, the "Parties") request that the Court continue the status conference scheduled for November 8, 2021 and reschedule it for November 12, 2021 or as soon thereafter as is mutually agreeable to the Court and the Parties. As grounds for this Motion, the Parties state as follows:

1. On October 14, 2021, the Parties submitted letters to the Court requesting a conference regarding certain discovery disputes. Dkt. Nos. 85-86.

2. On November 2, 2021, the Court issued an order scheduling a status conference for November 8, 2021. Dkt. No. 89.

3. Counsel for Whole Foods has a business-related scheduling conflict and will be traveling on November 8, 2021.

4. The Parties have conferred are are available for a status conference on November 12, 2021 at any time convenient for the Court.

5. This is the first request for a continuance of a status conference scheduled by the Court.

WHEREFORE, the Parties request that the Court continue the status conference currently scheduled for November 8, 2021.

WHEREFORE, the Parties further request that the Court re-schedule the status conference for November 12, 2021 or as soon thereafter as is mutually agreeable to the Court and the Parties.

| | |
|---|---|
| SAVANNAH KINZER, HALEY EVANS, and CHRISTOPHER MICHNO | DEFENDANTS WHOLE FOODS MARKET, INC. |
| By their attorneys, | By its attorneys, |
| /s/ *Anastasia Doherty*<br>Shannon Liss-Riordan, BBO #640716<br>sliss@llrlaw.com<br>Anastasia Doherty, BBO #705288<br>adoherty@llrlaw.com<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>(617) 994-5800 | /s/ *Julie V. Silva Palmer*<br>Julie V. Silva Palmer, BBO# 676788<br>julie.palmer@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, Massachusetts 02119<br>Telephone: (617) 341-7277<br>Facsimile: (617) 341-7701<br><br>Anne Marie Estevez (*pro hac vice*)<br>annemarie.estevez@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 South Biscayne Boulevard, Suite 5300<br>Miami, Florida 33131<br>Telephone: (305) 415-3000<br>Facsimile: (305) 415-3001<br><br>Michael L. Banks (*pro hac vice*)<br>michael.banks@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br><br>Terry D. Johnson (*pro hac vice*)<br>Jason J. Ranjo (*pro hac vice*)<br>terry.johnson@morganlewis.com<br>jason.ranjo@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>502 Carnegie Center<br>Princeton, New Jersey<br>Telephone: (609) 919-6600<br>Facsimile: (609) 919-6701<br><br>*Attorneys for Defendant* |
| Dated: November 4, 2021 | |

**LOCAL RULE 7.1 CERTIFICATION**

Whole Foods' counsel hereby certifies that the parties conferred regarding the subject of this motion and jointly request that it be granted.

*/s/ Julie Silva Palmer*
Julie Silva Palmer

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 4, 2021.

*/s/ Julie Silva Palmer*
Julie Silva Palmer