UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
SAVANNAH KINZER, HALEY EVANS,
and CHRISTOPHER MICHNO,
       Plaintiffs

                                            CIVIL ACTION NO.:
       v.                                1:20-cv-11358-ADB

WHOLE FOODS MARKET, INC.,
       Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
January 23, 2023

Burroughs, D.J.

In accordance with the Memorandum and Order entered on January 23, 2023, GRANTING Defendant's Motion for Summary Judgment, Judgment is entered on behalf of the Defendant. This case is hereby DISMISSED.

       SO ORDERED.

                                  /s/ Allison D. Burroughs
                                  ALLISON D. BURROUGHS
                                  United States District Judge