# Morgan Lewis

**Julie V. Silva Palmer**
Partner
+1.617.951.8417
julie.palmer@morganlewis.com

July 22, 2024

**VIA CM/ECF**

The Honorable Allison D. Burroughs, U.S.D.J.
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   *Kinzer et al. v. Whole Foods Market, Inc.*, Case No. 1:20-cv-11358-ADB

Dear Judge Burroughs:

We represent Defendant Whole Foods Market, Inc. in the above-referenced matter and write on behalf of the parties to advise the Court that we have reached an agreement in principle to resolve this case. The parties are in the process of finalizing a formal settlement agreement.

Based on the foregoing, the parties respectfully request that the Court cancel the August 19, 2024 trial and other deadlines set forth in Court's May 24, 2024 Pretrial Order, Dkt. No. 175. The parties intend to file a stipulation of dismissal at a later time.

We greatly appreciate the Court's consideration of this matter.

Respectfully,

*/s/ Julie V. Silva Palmer*
Julie V. Silva Palmer

Cc:   All counsel of record via ECF.

Morgan, Lewis & Bockius LLP

One Federal Street
Boston, MA  02110-1726          +1.617.341.7700
United States                              +1.617.341.7701