UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No:
20-11358-ADB

Suverino Frith et al.

v.

Whole Foods Market, Inc.

## SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

The Court having been advised by counsel for plaintiff that the above captioned action has settled:

It is hereby ORDERED that this action is hereby dismissed without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

/s/ Karen Folan
Deputy Clerk

8/5/24

To: All Counsel