IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANNAH KINZER, HALEY EVANS, and CHRISTOPHER MICHNO,<br><br>    Plaintiffs,<br>v.<br><br>WHOLE FOODS MARKET, INC.<br><br>    Defendant. | Civil Action No. 1:20:cv-11358-ADB |

## STIPULATION AND DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Savannah Kinzer and Defendant Whole Foods Market, Inc., through undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety on the merits with prejudice and with each party to bear its own fees and costs.

STIPULATED AND AGREED TO THIS DAY BY:

Dated: September 13, 2024

| MORGAN, LEWIS & BOCKIUS LLP | LICHTEN & LISS-RIORDAN, P.C. |
|---|---|
| */s/Julie V. Silva Palmer*<br>Julie V. Silva Palmer, BBO# 676788<br>julie.palmer@morganlewis.com<br>One Federal Street<br>Boston, Massachusetts 02119<br>Telephone: (617) 341-7277<br>Facsimile: (617) 341-7701<br><br>Anne Marie Estevez (*pro hac vice*)<br>annemarie.estevez@morganlewis.com<br>200 South Biscayne Boulevard, Suite 5300<br>Miami, Florida 33131 | */s/Shannon E. Liss-Riordan*<br>Shannon E. Liss-Riordan, Esq.<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street<br>Suite 2000<br>Boston, MA 02116<br>(617) 994-5800<br>sliss@llrlaw.com<br><br>*Attorneys for Plaintiff* |

Telephone: (305) 415-3000
Facsimile: (305) 415-3001

Michael L. Banks (*pro hac vice*)
michael.banks@morganlewis.com
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Terry D. Johnson (*pro hac vice*)
terry.johnson@morganlewis.com
502 Carnegie Center
Princeton, New Jersey
Telephone: (609) 919-6600
Facsimile: (609) 919-6701

*Attorneys for Defendant*


So Ordered: _____
                HON. ALLISON D. BURROUGHS, U.S.D.J.